BARRETT K. GREEN, Bar No. 145393
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:    310.553.0308
bgreen@littler.com

DANIEL J. CRAVENS, Bar No. 207859
BRIANNE L. MARRIOTT, Bar No. 256522
LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue, Suite 302
Fresno, California  93704.2225
Telephone:    559.244.7500
Facsimile:     559.244.7525
dcravens@littler.com
bmarriott@littler.com

Attorneys for Defendant
CON-WAY FREIGHT, INC.

ERIC P. OREN, Bar No. 106129
LAW OFFICES OF ERIC P. OREN
225 West Shaw Ave.
Fresno CA 93704
Telephone: 559.224.5900
Facsimile: 559.224.5905

Attorneys for Plaintiff
MICHAEL LAMBERT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAMBERT,<br><br>          Plaintiff,<br><br>     v.<br><br>CON-WAY FREIGHT, INC. and DOES 1 through 50, inclusive,<br><br>          Defendant. | Case No.  1:08-CV-01877-GSA<br><br>**STIPULATION AND ORDER** |

///

///

///

CASE NO.  1:08-CV-01877-GSA

Stipulation and Order

1  WHEREAS the parties initially agreed to exchange Federal Rule of Civil Procedure Rule 26(a) initial disclosures on February 27, 2009 but now require an additional two weeks to collect and review documents;

NOW THEREFORE, the parties hereto stipulate to exchange initial disclosures pursuant to Rule 26(a) on March 13, 2009.

Dated: February 23, 2009                           Respectfully submitted,

/s/ Daniel J. Cravens
DANIEL J. CRAVENS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
CON-WAY FREIGHT, INC.

Dated: February 23, 2009                           Respectfully submitted,

/s/ Eric P. Oren
ERIC P. OREN
Attorney for Plaintiff
MICHAEL LAMABERT

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _February 24, 2009                          Gary S. Austin
                                                   The Honorable Gary S. Austin
                                                   Magistrate Judge

Firmwide:88642882.1 012187.1043

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

CASE NO. 1:08-CV-01877-GSA                2.
Stipulation and Order