# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAMBERT, | 1: 08-cv-01877 GSA |
| Plaintiff, | |
| v. | ORDER RE STIPULATION TO EXTEND NON-EXPERT DISCOVERY DEADLINE AND CONTINUE SETTLEMENT CONFERENCE |
| CON-WAY FREIGHT, INC. and DOES 1 through 50, inclusive, | |
| Defendants. | |

In consideration of the Stipulation filed by the parties on May 29, 2009 (Doc. 16), regarding the settlement conference to be heard by Magistrate Judge Dennis L. Beck and the non-expert discovery deadline, pursuant to the Scheduling Conference Order of February 19, 2009, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. The settlement conference currently scheduled for June 23, 2009, be VACATED;
2. The settlement conference be continued to **September 29, 2009, at 10:00 a.m.** before Magistrate Judge Dennis L. Beck;
3. The non-expert discovery deadline be extended from July 1, 2009, up to and including **September 1, 2009**;

4. In all other respects, the Scheduling Conference Order dated February 19, 2009, remains in full force and effect. More particularly, those discovery deadlines pertaining to expert witnesses, non-dispositive and dispositive motions, pre-trial conference and jury trial dates, remain unchanged.

IT IS SO ORDERED.

Dated: **May 29, 2009**       **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE