# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAMBERT,<br><br>    Plaintiff,<br>v.<br><br>CON-WAY FREIGHT, INC. and DOES 1 through 50, inclusive,<br><br>    Defendants. | 1: 08-cv-01877 GSA<br><br>ORDER RE STIPULATION TO EXTEND CERTAIN DISCOVERY DEADLINES |

In consideration of the Stipulation filed by the parties on August 3, 2009 (Doc. 22), regarding certain discovery deadlines previously provided for in the Scheduling Conference Order of February 19, 2009, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. The settlement conference currently scheduled for September 29, 2009, be VACATED;

2. The settlement conference be continued to **Thursday, February 11, 2010, at 10:00 a.m.** before Magistrate Judge Dennis L. Beck;[1]

---

[1] The parties' request for a settlement conference date of February 12, 2010, could not be accommodated. Judge Beck's law and motion matters are heard on Fridays.

1

3. The non-expert discovery deadline be extended from September 1, 2009, to and including **November 2, 2009**;

4. The expert designation deadline be extended from August 14, 2009, to and including **November 2, 2009**;

5. The supplemental expert designation deadline be extended from August 28, 2009, to and including **November 16, 2009**;

6. The deadline for completion of expert discovery shall be extended from October 16, 2009, to and including **January 15, 2010**;

7. The non-dispositive pre-trial motion deadline shall be extended from October 30, 2009, to and including **January 15, 2010**;

8. The dispositive pre-trial motion deadline shall be extended from November 30, 2009, to and including **February 19, 2010**.

9. The dates pertaining to the pre-trial conference and jury trial remain unchanged and effective as provided for in the February 2009 scheduling order.

IT IS SO ORDERED.

Dated:   **August 4, 2009**            /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE