Eric P. Oren, #106129
**Law Offices of Eric P. Oren**
225 West Shaw Avenue, Suite 105
Fresno, California  93704
Telephone:  (559) 224-5900
Facsimile:  (559) 224-5905

Attorneys for Plaintiff, MICHAEL LAMBERT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAMBERT,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>CON-WAY FREIGHT, INC.<br> and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.:  1:08-CV-01877- GSA<br><br>ORDER REGARDING DISMISSAL |

　　　Pursuant to the stipulation of the parties entered on October 13, 2009 and filed on October 26, 2009,

　　　IT IS HEREBY ORDERED, that this case is hereby dismissed with prejudice, each party to bear their own costs pursuant to FRCP 41 (a)(1).  The Clerk of the Court is directed to close this case.

Dated:  November 12, 2009　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　Gary S. Austin
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

F:\epo\LAMBERT, Michael 00239\PLEADINGS\ORDER RE DISMISSAL.doc